ALFRED JAMES COOPER and Another v. GREAT AMERICAN INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. TAYLOR COMPANY, INC., v. JOSEPH C. COWAN, Impleaded with NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs, and the time of the plaintiff in which to serve an amended complaint extended to and including five days after service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MULHOLLAND MACHINERY CORPORATION v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. MULHOLLAND MACHINERY CORPORATION v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD., OF CHRISTIANIA. MULHOLLAND MACHINERY CORPORATION v. GLOBE & RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUFACTURERS TRUST COMPANY v. SMITH FIREPROOF CONSTRUCTION CO., INC., and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES F. WHITE & CO., INC., v. JOHN H. BENNETT and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

CLARA PASSMAN v. SARAH ODENCE. HARRY PASSMAN v. SARAH ODENCE.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM NEIL SMITH and Others v. CRANLEIGH, INC.—Motion for reargument denied. Order entered November 2, 1928, resettled. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MATHILDA JOHNSON v. NEW YORK LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHILIP GANZ v. RAYMOND S. CLARK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of JOSHUA KANTROWITZ, as Executor, etc., of MARY ELIZABETH KIDD, Deceased. HELEN BOWMAN — JOSHUA KANTROWITZ, as Executor, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS OSINOFF v. GERT REALTY CORPORATION, Impleaded, etc.— Motion denied. Order entered October 26, 1928, resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of HENRY LEWIS SLADE, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.